IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

In Re:

FRADY, KELLY SCOTT
FRADY, TANYA CARRICK
PO BOX 1781
LEXINGTON, NC  27293

Case No. B-10-51653 C-7W

Debtor(s).

**TRUSTEE'S OBJECTION TO MOTION
FOR RELIEF FROM STAY FILED BY BANK OF NORTH CAROLINA AS TO 603 2ND
AVENUE, 626 LAKE STREET AND 17.54 ACRES OFF OF DOGWOOD ROAD**

NOW COMES W. Joseph Burns, Attorney for Trustee, and states:

1. This case was filed under Chapter 7 of the Bankruptcy Code on August 29, 2010.

2. W. Joseph Burns is the duly qualified and acting Trustee.

3. Bank of North Carolina, by and through its attorney of record Alan B. Powell, filed a MOTION FOR RELIEF FROM THE SECTION 362 AUTOMATIC STAY OR, IN THE ALTERNATIVE, ADEQUATE PROTECTION on November 8, 2010 regarding a Promissory Note and Deed of Trust recorded in Book 1724, Page 1794, Davidson County Registry, secured by 603 2nd Avenue, 626 Lake Street and 17.54 acres off of Dogwood Road, Lexington, North Carolina

4. The Notice of Motion requires that any objection to the Motion be filed on or before November 21, 2010.

5. The Trustee objects to Bank of North Carolina's Motion on the grounds that there is substantial equity in the properties.

WHEREFORE, the undersigned prays that the Court:

1. Deny the Motion for Relief from Stay;

2. Allow the Trustee the time necessary to investigate the property and determine if there is equity to benefit the estate.

Dated: November 17, 2010

/s/ W. Joseph Burns
W. Joseph Burns
Attorney for Trustee
N.C. State Bar No. 6062
P O Box 21433
Winston-Salem, NC 27120-1433
Phone: (336) 397-0036

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

In Re:

FRADY, KELLY SCOTT
FRADY, TANYA CARRICK
PO BOX 1781
LEXINGTON, NC 27293

Case No. B-10-51653 C-7W

Debtor(s).

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing <u>TRUSTEE'S OBJECTION TO MOTION FOR RELIEF FROM STAY FILED BY BANK OF NORTH CAROLINA AS TO 603 2ND AVE., 626 LAKE ST. AND 17.54 ACRES OFF OF DOGWOOD RD.</u> in regard to the above-captioned case was served on all proper parties by electronic means and/or by depositing said copy in the United States mail, Winston-Salem, North Carolina, First Class, postage prepaid and addressed as follows:

MICHAEL D. WEST, ESQ.
BANKRUPTCY ADMINISTRATOR
P O BOX 1828
GREENSBORO NC 27402

KELLY FRADY
TANYA FRADY
PO BOX 1781
LEXINGTON, NC 27293

DONALD LOUIS COOMES, ESQ,
DONALD L. COOMES, PLLC
1911 KELLER ANDREWS RD.
SANFORD, NC 27331-0141

ALAN B. POWELL, ESQ.
P. O. BOX 1550
HIGH POINT, NC 27261

Dated: <u>November 17, 2010</u>

/s/ W. Joseph Burns
W. Joseph Burns, Attorney for Trustee
N.C. State Bar No. 6062
P O Box 21433, Winston-Salem, NC 27120-1433
(336) 397-0036