# Form 1

# Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-51654 C-7W TWW  
**Case Name:** CARRICK, RALPH EARL  

**Period Ending:** 03/31/11

**Trustee:** (530170) W. Joseph Burns  
**Filed (f) or Converted (c):** 08/30/10 (f)  
**§341(a) Meeting Date:** 09/24/10  
**Claims Bar Date:** 01/20/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | HOUSE AND REAL PROPERTY, LOCATION: 253 W. 6TH ST<br>  Orig. Asset Memo: Orig. Description: house and real property, Location: 253 W. 6th Street, Lexington NC 27292 Revocable Living Trust; Imported from original petition Doc# 11 | 90,000.00 | 90,000.00 | | 0.00 | 90,000.00 |
| 2 | HOUSE AND REAL PROPERTY 247 W. 6TH STREET, LEXIN<br>  Orig. Asset Memo: Orig. Description: house and real property 247 W. 6th Street, Lexington, NC, (rental); Imported from original petition Doc# 11; Lien: Account No.xxxxx6488<br>Bank of North Carolina<br>P.O. Box 1148<br>Thomasville, NC 27360 X  -  Amount: 138816.41; Lien: Account No.xxxxx6488<br>Bank of North Carolina<br>P.O. Box 1148<br>Thomasville, NC 27360 X  -  Amount: 138816.41 Lien: Account No.xxxxxxxxxx-9002<br>BB&T Mortgage Collections, Bankruptcies<br>P.O. Box 2027<br>Greenville, SC 29602-2027  -  Amount: 179500.00; Lien: | 55,000.00 | 0.00 | | 0.00 | 55,000.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | | | |
|---|---|---|---|---|
| **Case Number:** 10-51654 C-7W TWW | | **Trustee:** (530170) W. Joseph Burns | | |
| **Case Name:** CARRICK, RALPH EARL | | **Filed (f) or Converted (c):** 08/30/10 (f) | | |
| | | **§341(a) Meeting Date:** 09/24/10 | | |
| **Period Ending:** 03/31/11 | | **Claims Bar Date:** 01/20/11 | | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Account No.xxxxx6488<br>Bank of North Carolina<br>P.O. Box 1148<br>Thomasville, NC 27360 X - Amount: 138816.41 Lien:<br>Account No.xxxxxxxxxx-9002<br>BB&T Mortgage Collections,<br>Bankruptcies<br>P.O. Box 2027<br>Greenville, SC 29602-2027 - Amount: 179500.00 Lien:<br>Account No.<br>NewBridge Bank<br>formerly Lexington State Bank<br>P.O. Box 867<br>Lexington, NC 27293-0867 - Amount: 25723.00 | | | | | |
| 3 | HOUSE AND REAL PROPERTY 603 W. 2ND AVENUE, LEXIN<br>  Orig. Asset Memo: Orig. Description: house and real property 603 W. 2nd Avenue, Lexington, NC, rental; Imported from original petition Doc# 11; Lien: Account No.xxxxx9039<br>Bank of North Carolina<br>P.O. Box 1148<br>Thomasville, NC 27360 - Amount: 97987.19; Lien: Account No.xxxxx9039 | 8,250.00 | 0.00 | | 0.00 | 8,250.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 10-51654 C-7W TWW | Trustee: | (530170) W. Joseph Burns |
|---|---|---|---|
| Case Name: | CARRICK, RALPH EARL | Filed (f) or Converted (c): | 08/30/10 (f) |
| | | §341(a) Meeting Date: | 09/24/10 |
| Period Ending: | 03/31/11 | Claims Bar Date: | 01/20/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Bank of North Carolina<br>P.O. Box 1148<br>Thomasville, NC 27360 - Amount: 97987.19 Lien: Account No.<br>Bank of North Carolina<br>P. O. Box 1148<br>Thomasville, NC 27361-1148 - Amount: 138816.41; Lien: Account No.xxxxx9039<br>Bank of North Carolina<br>P.O. Box 1148<br>Thomasville, NC 27360 - Amount: 97987.19 Lien: Account No.<br>Bank of North Carolina<br>P. O. Box 1148<br>Thomasville, NC 27361-1148 - Amount: 138816.41 Lien: Account No.<br>Bank of North Carolina<br>P.O. Box 1148<br>Thomasville, NC 27360 - Amount: 138816.41; Lien: Account No.xxxxx9039<br>Bank of North Carolina<br>P.O. Box 1148<br>Thomasville, NC 27360 - Amount: 97987.19 Lien: Account No. | | | | | |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-51654 C-7W TWW  
**Case Name:** CARRICK, RALPH EARL  

**Period Ending:** 03/31/11

**Trustee:** (530170) W. Joseph Burns  
**Filed (f) or Converted (c):** 08/30/10 (f)  
**§341(a) Meeting Date:** 09/24/10  
**Claims Bar Date:** 01/20/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Bank of North Carolina<br>P. O. Box 1148<br>Thomasville, NC 27361-1148 - Amount: 138816.41<br>Lien: Account No.<br>Bank of North Carolina<br>P.O. Box 1148<br>Thomasville, NC 27360 - Amount: 138816.41 Lien:<br>Account No.xxx-xxxx-xxxxxxx-9002<br>NewBridge Bank<br>formerly Lexington State Bank<br>P.O. Box 867<br>Lexington, NC 27293-0867 - Amount: 25819.82 | | | | | |
| 4 | HOUSE AND REAL PROPERTY 202 RALEIGH AVENUE, LEXI<br>  Orig. Asset Memo: Orig. Description: house and real property 202 Raleigh Avenue, Lexington, NC, rental; Imported from original petition Doc# 11 | 17,000.00 | 17,000.00 | | 0.00 | 17,000.00 |
| 5 | HOUSE AND REAL PROPERTY 11 E. 17TH AVENUE, LEXIN<br>  Orig. Asset Memo: Orig. Description: house and real property 11 E. 17th Avenue, Lexington, NC, rental; Imported from original petition Doc# 11 | 15,000.00 | 15,000.00 | | 0.00 | 15,000.00 |
| 6 | HOUSE AND REAL PROPERTY 305 POPE | 12,500.00 | 0.00 | | 0.00 | 12,500.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 10-51654 C-7W TWW | Trustee: | (530170) | W. Joseph Burns |
| --- | --- | --- | --- | --- |
| Case Name: | CARRICK, RALPH EARL | Filed (f) or Converted (c): | 08/30/10 (f) | |
| | | §341(a) Meeting Date: | 09/24/10 | |
| Period Ending: | 03/31/11 | Claims Bar Date: | 01/20/11 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| | STREETLEXINGTON<br>  Orig. Asset Memo: Orig. Description: house and real property 305 Pope StreetLexington, NC, rental; Imported from original petition Doc# 11; Lien: Account No.<br>Bank of North Carolina<br>P.O. Box 1148<br>Thomasville, NC 27360 - Amount: 44500.00 | | | | | |
| 7 | HOUSE AND REAL PROPERTY 118 S. CECIL STREET, LEX<br>  Orig. Asset Memo: Orig. Description: house and real property 118 S. Cecil Street, Lexington, NC, rental; Imported from original petition Doc# 11; Lien: Account No.<br>Bank of North Carolina<br>P.O. Box 1148<br>Thomasville, NC 27360 - Amount: 44500.00; Lien: Account No.<br>Bank of North Carolina<br>P.O. Box 1148<br>Thomasville, NC 27360 - Amount: 44500.00 Lien: Account No.<br>BB&T Mortgage Collections, Bankruptcies<br>P.O. Box 2027 | 15,000.00 | 0.00 | | 0.00 | 15,000.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 10-51654 C-7W TWW | Trustee: | (530170) W. Joseph Burns |
|---|---|---|---|
| Case Name: | CARRICK, RALPH EARL | Filed (f) or Converted (c): | 08/30/10 (f) |
| | | §341(a) Meeting Date: | 09/24/10 |
| Period Ending: | 03/31/11 | Claims Bar Date: | 01/20/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Greenville, SC 29602-2027 - Amount: 179500.00; Lien: Account No.<br>Bank of North Carolina<br>P.O. Box 1148<br>Thomasville, NC 27360 - Amount: 44500.00 Lien: Account No.<br>BB&T Mortgage Collections,<br>Bankruptcies<br>P.O. Box 2027<br>Greenville, SC 29602-2027 - Amount: 179500.00 Lien: Account No.<br>NewBridge Bank<br>formerly Lexington State Bank<br>P.O. Box 867<br>Lexington, NC 27293-0867 - Amount: 30776.00 | | | | | |
| 8 | HOUSE AND REAL PROPERTY 718 HARGRAVE STREET, LEX<br>Orig. Asset Memo: Orig. Description: house and real property 718 Hargrave Street, Lexington, NC, rental; Imported from original petition Doc# 11; Lien: Account No.<br>Bank of North Carolina<br>P.O. Box 1148<br>Thomasville, NC 27360 - Amount: 138816.41 | 12,500.00 | 0.00 | | 0.00 | 12,500.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-51654 C-7W TWW | **Trustee:** (530170) W. Joseph Burns |
| **Case Name:** CARRICK, RALPH EARL | **Filed (f) or Converted (c):** 08/30/10 (f) |
| | **§341(a) Meeting Date:** 09/24/10 |
| **Period Ending:** 03/31/11 | **Claims Bar Date:** 01/20/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 9 | HOUSE AND REAL PROPERTY 120 S. CECIL STREET, LEX<br>  Orig. Asset Memo: Orig. Description: house and real property 120 S. Cecil Street, Lexington, NC, rental; Imported from original petition Doc# 11 | 7,500.00 | 7,500.00 | | 0.00 | 7,500.00 |
| 10 | HOUSE AND REAL PROPERTY 626 LAKE STREET, LEXINGT<br>  Orig. Asset Memo: Orig. Description: house and real property 626 Lake Street, Lexington, NC, rental; Imported from original petition Doc# 11; Lien: Account No.xxxxx9039<br>Bank of North Carolina<br>P.O. Box 1148<br>Thomasville, NC 27360 X  -  Amount: 97987.19 | 16,250.00 | 0.00 | | 0.00 | 16,250.00 |
| 11 | HOUSE AND REAL PROPERTY 100 FOWLER AVENUE, LEXIN<br>  Orig. Asset Memo: Orig. Description: house and real property 100 Fowler Avenue, Lexington, NC, rental; Imported from original petition Doc# 11 | 2,500.00 | 2,500.00 | | 0.00 | 2,500.00 |
| 12 | HOUSE AND REAL PROPERTY 314 BRUCE STREET, LEXING<br>  Orig. Asset Memo: Orig. Description: house and real property 314 Bruce Street, Lexington, NC Revocable | 27,500.00 | 27,500.00 | | 0.00 | 27,500.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-51654 C-7W TWW  
**Case Name:** CARRICK, RALPH EARL  

**Period Ending:** 03/31/11  

**Trustee:** (530170) W. Joseph Burns  
**Filed (f) or Converted (c):** 08/30/10 (f)  
**§341(a) Meeting Date:** 09/24/10  
**Claims Bar Date:** 01/20/11  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Living Trust, rental; Imported from original petition Doc# 11 | | | | | |
| 13 | HOUSE AND REAL PROPERTY 493 BROWN STREET, LEXING<br>  Orig. Asset Memo: Orig. Description: house and real property 493 Brown Street, Lexington, NC Revocable Living Trust, rental; Imported from original petition Doc# 11 | 37,500.00 | 37,500.00 | | 0.00 | 37,500.00 |
| 14 | HOUSE AND REAL PROPERTY 481 BROWN STREET, LEXING<br>  Orig. Asset Memo: Orig. Description: house and real property 481 Brown Street, Lexington, NC Revocable Living Trust, rental; Imported from original petition Doc# 11; Lien: Account No.<br>NewBridge Bank<br>formerly Lexington State Bank<br>P.O. Box 867<br>Lexington, NC 27293-0867 - Amount: 30776.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15 | HOUSE AND REAL PROPERTY 125 HAMIL STREET, LEXING<br>  Orig. Asset Memo: Orig. Description: house and real property 125 Hamil Street, Lexington, NC Revocable Living Trust, rental, (value listed is value for 125 Hamil | 39,500.00 | 39,500.00 | | 0.00 | 39,500.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-51654 C-7W TWW | **Trustee:** (530170)   W. Joseph Burns |
| **Case Name:** CARRICK, RALPH EARL | **Filed (f) or Converted (c):** 08/30/10 (f) |
| | **§341(a) Meeting Date:** 09/24/10 |
| **Period Ending:** 03/31/11 | **Claims Bar Date:** 01/20/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. DA=§554(c) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Street and 314, Bruce Street); Imported from original petition Doc# 11 | | | | | |
| 16   HOUSE AND REAL PROPERTY 1210 PINE TOP, LEXINGTON<br>   Orig. Asset Memo: Orig. Description: house and real property 1210 Pine Top, Lexington, NC Revocable Living Trust, rental; Imported from original petition Doc# 11 | 37,500.00 | 37,500.00 | | 0.00 | 37,500.00 |
| 17   BLUEGREEN TIMESHARE- LOCATED AT PIDGEON FORGE, T<br>   Orig. Asset Memo: Orig. Description: Bluegreen Timeshare- located at Pidgeon Forge, TN, ownership; Imported from original petition Doc# 11 | 18,500.00 | 18,500.00 | | 0.00 | 18,500.00 |
| 18   CASH ON HAND- PETTY CASH- BALANCE AS OF AUGUST 3<br>   Orig. Asset Memo: Orig. Description: cash on hand- petty cash- balance as of August 30, 2010; Imported from original petition Doc# 11 | 10.00 | 10.00 | | 0.00 | 10.00 |
| 19   NC SECU CHECKING ACCOUNT- BALANCE AS OF AUGUST 2<br>   Orig. Asset Memo: Orig. Description: NC SECU checking account- balance as of August 26, 2010; Imported from original petition Doc# 11 | 35.00 | 35.00 | | 0.00 | 35.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-51654 C-7W TWW | **Trustee:** (530170)   W. Joseph Burns |
| **Case Name:** CARRICK, RALPH EARL | **Filed (f) or Converted (c):** 08/30/10 (f) |
| | **§341(a) Meeting Date:** 09/24/10 |
| **Period Ending:** 03/31/11 | **Claims Bar Date:** 01/20/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | NC SECU SAVINGS ACCOUNT- BALANCE AS OF AUGUST 26<br>  Orig. Asset Memo: Orig. Description: NC SECU savings account- balance as of August 26, 2010; Imported from original petition Doc# 11 | 17.50 | 17.50 | | 0.00 | 17.50 |
| 21 | BB&T CHECKING ACCOUNT- BALANCE AS OF AUGUST 26,<br>  Orig. Asset Memo: Orig. Description: BB&T checking account- balance as of August 26, 2010; Imported from original petition Doc# 11 | 12.50 | 12.50 | | 0.00 | 12.50 |
| 22 | BANK OF NC CHECKING ACCOUNT- BALANCE AS OF AUGUS<br>  Orig. Asset Memo: Orig. Description: Bank of NC checking account- balance as of August 26, 2010; Imported from original petition Doc# 11 | 50.00 | 50.00 | | 0.00 | 50.00 |
| 23 | ASSORTED HOUSEHOLD FURNISHINGS, SUPPLIES AND EQU<br>  Orig. Asset Memo: Orig. Description: assorted household furnishings, supplies and equipment; Imported from original petition Doc# 11 | 2,500.00 | 2,500.00 | | 0.00 | 2,500.00 |
| 24 | ASSORTED CLOTHING, PERSONAL BELONGINGS AND MISCE<br>  Orig. Asset Memo: Orig. Description: assorted clothing, | 300.00 | 300.00 | | 0.00 | 300.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 10-51654 C-7W TWW | Trustee: | (530170) | W. Joseph Burns |
|---|---|---|---|---|
| Case Name: | CARRICK, RALPH EARL | Filed (f) or Converted (c): | 08/30/10 (f) | |
| | | §341(a) Meeting Date: | 09/24/10 | |
| Period Ending: | 03/31/11 | Claims Bar Date: | 01/20/11 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | personal belongings and miscellaneous jewelry; Imported from original petition Doc# 11 | | | | | |
| 25 | LINCOLN NATIONAL/ JEFFERSON PILOT WHOLE LIFE POL<br>   Orig. Asset Memo: Orig. Description: Lincoln National/ Jefferson Pilot whole life policy- spouse beneficiary (2 policies); Imported from original petition Doc# 11 | 7,000.00 | 7,000.00 | | 0.00 | 7,000.00 |
| 26 | MIDLAND NATIONAL ANNUITY IRA/ 401K ROLLOVER- BA<br>   Orig. Asset Memo: Orig. Description: Midland National Annuity IRA/ 401k rollover- balance as of August 26, 2010; Imported from original petition Doc# 11 | 341,000.00 | 341,000.00 | | 0.00 | 341,000.00 |
| 27 | 1999 LINCOLN EXC (140,000 + MILES)<br>   Orig. Asset Memo: Orig. Description: 1999 Lincoln Exc (140,000 + miles); Imported from original petition Doc# 11 | 1,000.00 | 1,000.00 | | 284.21 | 715.79 |
| 28 | 2001 FORD F-150 TRUCK<br>   Orig. Asset Memo: Orig. Description: 2001 Ford F-150 truck; Imported from original petition Doc# 11 | 7,700.00 | 0.00 | | 0.00 | 0.00 |
| 29 | 1988 FORD DUMP TRUCK (LEASE TO OWN BY HRF ENTERP<br>   Orig. Asset Memo: Orig. Description: 1988 Ford Dump | 9,000.00 | 9,000.00 | | 1,421.06 | 3,578.94 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-51654 C-7W TWW  
**Case Name:** CARRICK, RALPH EARL  
**Period Ending:** 03/31/11  

**Trustee:** (530170) W. Joseph Burns  
**Filed (f) or Converted (c):** 08/30/10 (f)  
**§341(a) Meeting Date:** 09/24/10  
**Claims Bar Date:** 01/20/11  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Truck (lease to own by HRF Enterprises, LLC; Imported from original petition Doc# 11 |  |  |  |  |  |
| 30 | 2006 KAUFMAN TRAILER<br>    Orig. Asset Memo: Orig. Description: 2006 Kaufman trailer; Imported from original petition Doc# 11 | 500.00 | 500.00 |  | 142.11 | 357.89 |
| 31 | BUSINESS EQUIPMENT- TOOLS USED IN MAINTENANCE OF<br>    Orig. Asset Memo: Orig. Description: business equipment- tools used in maintenance of rental houses and computer; Imported from original petition Doc# 11 | 3,000.00 | 1,000.00 |  | 852.62 | 2,147.38 |
| 32 | Rental Income | Unknown | N/A |  | 3,566.79 | Unknown |
| Int | INTEREST  (u) | Unknown | N/A |  | 0.12 | Unknown |
| 33 | **Assets** **Totals**  (Excluding unknown values) | **$784,125.00** | **$654,925.00** |  | **$6,266.91** | **$769,725.00** |

**Major Activities Affecting Case Closing:**

   Debtor to collect rents, deduct for co-owners & expenses and send balance with mgmt report.  
   Sell 12 rental properties (employed Gary Carter, realtor)  
   Proposed Consent Orders giving trustee until 6/23/2011 to sell rental houses.  
   Collect $500.00 per month re settlement of exemptions.  
   Review claims; prepare objections.  
   Tentative hearing re Motion for private sale of 100 Fowler; objs due 4/7/2011; prepare order.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 13

**Case Number:** 10-51654 C-7W TWW  
**Case Name:** CARRICK, RALPH EARL  

**Trustee:** (530170) W. Joseph Burns  
**Filed (f) or Converted (c):** 08/30/10 (f)  
**§341(a) Meeting Date:** 09/24/10  

**Period Ending:** 03/31/11  
**Claims Bar Date:** 01/20/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** November 23, 2011  
**Current Projected Date Of Final Report (TFR):** November 23, 2011

_____  April 4, 2011  
Date

/s/ W. Joseph Burns  
_____  
W. Joseph Burns

Printed: 04/04/2011 09:30 AM    V.12.56

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-51654 C-7W TWW | Trustee: | W. Joseph Burns (530170) |
|---|---|---|---|
| Case Name: | CARRICK, RALPH EARL | Bank Name: | The Bank of New York Mellon |
| | | Account: | ********7965 - Money Market Account |
| Taxpayer ID #: | 38-6936028 | Blanket Bond: | $3,976,230.00 (per case limit) |
| Period: | 01/01/11 - 03/31/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/05/11 | {32} | Ralph Carrick | Rent Dec 2010 | | 1122-000 | 675.92 | | 2,405.88 |
| 01/05/11 | | Ralph Carrick | Acct #1051654; Payment #0; Acct #1051654; Payment #0 | | | 1,700.00 | | 4,105.88 |
| | {27} | | Acct #1051654; Payment #0; Acct #1051654; Payment #0 | 178.95 | 1129-000 | | | 4,105.88 |
| | {29} | | Acct #1051654; Payment #0; Acct #1051654; Payment #0 | 894.74 | 1129-000 | | | 4,105.88 |
| | {30} | | Acct #1051654; Payment #0; Acct #1051654; Payment #0 | 89.47 | 1129-000 | | | 4,105.88 |
| | {31} | | Acct #1051654; Payment #0; Acct #1051654; Payment #0 | 536.84 | 1129-000 | | | 4,105.88 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.02 | | 4,105.90 |
| 02/02/11 | | Ralph Carrick | | | | 885.00 | | 4,990.90 |
| | {32} | | | 385.00 | 1122-000 | | | 4,990.90 |
| | {27} | | Acct #1051654; Payment #1 | 52.63 | 1129-000 | | | 4,990.90 |
| | {29} | | Acct #1051654; Payment #1 | 263.16 | 1129-000 | | | 4,990.90 |
| | {30} | | Acct #1051654; Payment #1 | 26.32 | 1129-000 | | | 4,990.90 |
| | {31} | | Acct #1051654; Payment | 157.89 | 1129-000 | | | 4,990.90 |

Subtotals: $3,260.94   $0.00

{} Asset reference(s)

Printed: 04/04/2011 09:30 AM   V.12.56

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 10-51654 C-7W TWW  
**Case Name:** CARRICK, RALPH EARL  

**Taxpayer ID #:** 38-6936028  
**Period:** 01/01/11 - 03/31/11  

**Trustee:** W. Joseph Burns (530170)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ********7965 - Money Market Account  
**Blanket Bond:** $3,976,230.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #1 | | | | |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,990.93 |
| 03/02/11 | | Ralph Carrick | | | 1,275.93 | | 6,266.86 |
| | {27} | | Acct #1051654; Payment #2            52.63 | 1129-000 | | | 6,266.86 |
| | {29} | | Acct #1051654; Payment #2           263.16 | 1129-000 | | | 6,266.86 |
| | {30} | | Acct #1051654; Payment #2            26.32 | 1129-000 | | | 6,266.86 |
| | {31} | | Acct #1051654; Payment #2           157.89 | 1129-000 | | | 6,266.86 |
| | {32} | | 775.93 | 1122-000 | | | 6,266.86 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,266.91 |
| | | | **ACCOUNT TOTALS** | | 6,266.91 | 0.00 | **$6,266.91** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,266.91 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,266.91** | **$0.00** | |

{} Asset reference(s)       Case 10-51654    Doc 91    Filed 04/04/11    Page 15 of 16       Printed: 04/04/2011 09:30 AM    V.12.56

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 10-51654 C-7W TWW | Trustee: | W. Joseph Burns (530170) |
|---|---|---|---|
| Case Name: | CARRICK, RALPH EARL | Bank Name: | The Bank of New York Mellon |
| | | Account: | ********7965 - Money Market Account |
| Taxpayer ID #: | 38-6936028 | Blanket Bond: | $3,976,230.00 (per case limit) |
| Period: | 01/01/11 - 03/31/11 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |

| | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| | MMA # ********7965 | 6,266.91 | 0.00 | 6,266.91 |
| | | $6,266.91 | $0.00 | $6,266.91 |

| April 4, 2011 | /s/ W. Joseph Burns |
|---|---|
| Date | W. Joseph Burns |

{} Asset reference(s)